UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Brian Grewe, Jr., | Civil No. 04-3818 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| The Southwestern Company, | |
| Defendant. | |

_____

John D. Hagen, Jr., **HAGEN LAW OFFICE**, 607 Eighth Avenue Southeast, Minneapolis, MN 55414; James G. Vander Linden, **LeVANDER & VANDER LINDEN**, 200 South Sixth Street, Suite 1450, Minneapolis, MN 55402; Steven C. Pundt, **PUNDT LAW OFFICE**, 200 South Sixth Street, Suite 1450, Minneapolis, MN 55402; Allen R. Desmond, **DESMOND LAW OFFICE**, 200 South Sixth Street, Suite 1450, Minneapolis, MN 55402, for plaintiff.

John H. Guthmann, **HANSEN DORDELL BRADT ODLAUG & BRADT**, 3900 Northwoods Drive, Suite 250, St. Paul, MN 55112-6973, for defendant.


Pursuant to the Stipulation of the parties (Docket No. 40),

**IT IS HEREBY ORDERED** that the above captioned matter is hereby dismissed with prejudice, on the merits, and without further cost to any of the parties or their attorneys.


DATED: July 11, 2006                                      _s/John R. Tunheim_____
at Minneapolis, Minnesota.                                JOHN R. TUNHEIM
                                                          United States District Judge